UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOEL PRICE,

    Plaintiff,

v.                                                          Case No. 3:19-cv-715-J-32MCR

CITY OF ST. AUGUSTINE,
FLORIDA,

    Defendant.

_____

## **O R D E R**

Upon review of Joint Stipulation of Dismissal With Prejudice (Doc. 15), filed on August 28, 2019, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 5th day of September, 2019.

*[signature]*

TIMOTHY J. CORRIGAN
United States District Judge

sej
Copies:

Counsel of record